UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHESTER ROBERT MURNAHAN,
    Plaintiff,

vs.                                            Case No.: 3:24cv00249/LC/ZCB

ORANGE COUNTY COURT, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate of the Century Correctional Institution, commenced this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On June 27, 2024, the Court ordered Plaintiff to either pay the $405.00 filing fee or file a completed motion to proceed *in forma pauperis* by July 29, 2024. (Doc. 7). The Court instructed Plaintiff that failure to comply with an order of the Court would result in a recommendation of dismissal. (*Id.* at 3).

Plaintiff failed to timely pay the filing fee or file a completed motion to proceed *in forma pauperis* as instructed. On August 12, 2024, the Court ordered Plaintiff to show cause, within fourteen days, why his case should not be dismissed for failure to comply with an order of the Court.

(Doc. 8). The time for compliance with the show cause order has expired, and Plaintiff has neither responded to the order, paid the filing fee, nor filed a completed motion to proceed *in forma pauperis*.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

At Pensacola, Florida, this 30th day of August 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## **Notice to the Parties**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.